-----------------------------------------X

UNITED STATES OF AMERICA,

Plaintiff,

- against -

HECTOR HERRERA

Defendant.

-----------------------------------------X

ORDER OF REFERRAL

04 CR 803 (FB)

* 19

The defendant, _____ABOVE_____, having asked for

permission to enter a plea of guilty and having consented to have a United States

Magistrate Judge hear the application, the matter is referred to Magistrate Judge

Pohorelsky to administer the allocution pursuant to Fed.R.Cr.P. 11 and to

make a finding as to whether the plea is knowingly and voluntarily made and not

coerced, and to make a recommendation as to whether the plea of guilty should be

accepted.

SO ORDERED.

Dated: Brooklyn, New York
_____6/20_____, 20 05

FREDERIC BLOCK
United States District Judge

CONSENTED TO:

_____
Defendant (signature)

_____
Attorney for Defendant (signature)

RECEIVED

JUN 2005

IN CHAMBERS OF
HON. VIKTOR V. POHORELSKY

ORIGINAL